# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WAYNE A. HUSSAR, II and SANDRA HUSSAR, <br><br> Plaintiffs, <br><br> v. <br><br> JUDGE JAMES C. REYNOLDS, et al., <br><br> Defendants. | CV-18-78-GF-BMM-JTJ <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION** |

United States Magistrate Judge John Johnston entered Findings and Recommendation in this matter on July 6, 2018. (Doc. 3.) Judge Johnston recommended that the Court deny Plaintiff Wayne A. Hussar II's ("Hussar") motion to proceed in forma pauperis in this matter due to Hussar's filing history and failure to show imminent danger of serious physical injury as required by the Prison Litigation Reform Act. *Id.* at 2-3. Judge Johnston further observed that Sandar Hussar has not signed the pleadings in this case. Because a non-lawyer may not represent the rights of another pro-se litigant, Judge Johnston recommended that the Court terminate Sandra Hussar as a plaintiff in this case.

Hussar is not entitled to object to the Findings and Recommendation. *Minetti v. Port of Seattle*, 152 F.3d 1113, 1114 (9th Cir. 1998). The Court has reviewed

1

Judge Johnston's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error in Judge Johnston's Findings and Recommendation, and adopts them in full.

## I. ORDER

Accordingly, **IT IS ORDERED** that Magistrate Judge Johnston's Findings and Recommendation3 (Doc. 3) is **ADOPTED IN FULL**.

Sandra Hussar is terminated as a plaintiff in this action.

Hussar's Motion to Proceed in Forma Pauperis (Doc. 1) is **DENIED** pursuant to 28 U.S.C. § 1915(g).

The Clerk of Court is directed to close this case and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

No motions for reconsideration or rehearing will be entertained and the Clerk of Court is directed to disregard such motions.

DATED this 24th day of July, 2018.

Brian Morris
United States District Court Judge